*Application Granted*
Valerie Figueredo, U.S.M.J.
DATED: 2-27-2024



NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

February 26, 2024

*Via ECF*
Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: United States v. Kamerin Stokes**
**24-MJ-155**

Dear Judge Figueredo:

    I represent Kamerin Stokes, in the above matter. We are respectfully requesting a 1-week extension for Mr. Stokes to satisfy his bond. The deadline is currently scheduled for March 1, 2024. The bond requires two co-signers and we are in the process of obtaining a second potential cosigner and then the U.S. Attorney's Office needs to interview them and determine whether they are qualified co-signers. Therefore, I am respectfully requesting a 1-week extension until Friday, March 8, 2024, for Mr. Stokes to satisfy his bond. AUSA Kevin Mead, has no objection to this request.

    Thank you for Your Honor's time and consideration to this matter.

Respectfully submitted,

Lorraine Gauli-Rufo, Esq.
Attorney for Kamerin Stokes

Cc: Kevin Mead, AUSA